1  SAO
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **MORAN LAW FIRM, LLC**
3  630 S. Fourth Street
4  Las Vegas, Nevada 89101
   (702) 384-8424
5  702) 384-6568 – *facsimile*
   l.brandon@moranlawfirm.com
6  Attorney for Defendant,
7  FCH1, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE MAXIM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FP HOLDINGS, LP d/b/a PALMS CASINO RESORT, a Nevada limited partnership and FCH1, LLC, dba PALMS CASINO RESORT a Nevada limited partnership,<br><br>　　　　Defendants. | CASE NO.: 2:13-cv-00415 GMV-GWF |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

　　　　IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

1

parties, each party bear their respective fees and costs incurred.

DATED this 28 day of May, 2014.

**DOHERTY LAW OFFICES, P.C.**          **MORAN LAW FIRM, LLC**

_____          _____
**PAUL F. DOHERTY, ESQ.**               **LEW BRANDON, JR., ESQ.**
MI Bar No. P36579                  Nevada Bar No. 5880
702 Notre Dane Avenue, Suite 103   630 South Fourth Street
Gross Pointe, MI 48230]            Las Vegas, Nevada 89101
Attorney for Plaintiff,            Attorney for Defendant,
ARLENE MAXIM                       FCH1, LLC

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this 28th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant,
FCH1, LLC



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568